UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLIFFORD EUGENE DAVIS, JR., ET AL | * * * | |
| AND | * * | |
| THE UNITED STATES OF AMERICA | * * | CIVIL ACTION |
| Plaintiffs, | * * | NO. 56-1662-A |
| VERSUS | * * | |
| EAST BATON ROUGE PARISH SCHOOL BOARD, ET AL | * * * | |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

NOTICE is hereby given that Intervenors, Capital City Press, Bill Pack and the Louisiana Television Broadcasting Corporation d/b/a WBRZ-TV hereby appeal to the United States Court of Appeals for the Fifth Circuit from that portion of this Court's Order entered on

188244/1

February 22, 1996 denying the Intervenors' Motion to Vacate Gag Order. The Intervenors intend to pursue this appeal on an emergency basis.

_/s/ signature_
Jack M. Weiss, 13340, T.A.
Mark B. Holton, 19624
     Of
STONE, PIGMAN, WALTHER,
    WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200

Attorneys for Capital City Press, Bill Pack and the Louisiana Television Broadcasting Corporation d/b/a WBRZ-TV

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Notice of Appeal has been served upon all counsel of record by telecopy transmission and by placing same in the United States mail, postage prepaid and properly addressed, this 26th day of February, 1996.

_/s/ signature_

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**RICHARD T. MARTIN**
**CLERK**

February 27, 1996

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals Fifth Circuit
Room 102, 600 Camp Street
New Orleans, LA 70130

       IN RE: CA-56-1662-A Davis, et al v EBR Parish School Bd, et al

Dear Sir:

In connection with this appeal, the following documents are transmitted:

_xx_    Certified copy of the notice of appeal and docket entries;

____    Certified copy of the notice of cross appeal and docket entries;

____    Record on appeal consisting of ____ Volume(s) of the record;
          ____ Volume(s) of the transcript; ____ container(s) of exhibits/depositions;

____    Supplemental record, including updated docket entries;

____    Copy of CJA 20 appointing counsel;

____    Other: ____.

In regards to the notice of appeal, the following additional information is furnished;

_xx_    The Court of Appeals docket fee _xx_ HAS ____ HAS NOT been paid;

____    This case is proceeding In forma pauperis;

____    Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID on ____;

____    District Judge/Magistrate entering the final judgment is ____;

____    Court reporter assigned to this case is ____ ;

____    If criminal case, numbers and names of defendants ____;

____    This case was decided without a hearing and therefore, there <u>will</u> be no transcript.

                                      Very truly yours,

                                      Deputy Clerk

POST OFFICE 2630 • BATON ROUGE, LA 70821 • TELEPHONE 504-389-0321 • FAX 504-389-0309

0035