UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CLIFFORD EUGENE DAVIS, JR., ET AL | * * * |
| AND | * * |
| THE UNITED STATES OF AMERICA | * CIVIL ACTION * |
| Plaintiffs, | * NO. 56-1662-A * |
| VERSUS | * * |
| EAST BATON ROUGE PARISH SCHOOL BOARD, ET AL | * * * |
| Defendants. | * * |

* * * * * * * * * * * * * * * * * * * * *

## AMENDED NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that, pursuant to F.R.A.P. 4(a)(4), Intervenors, Capital City Press, Bill Pack and the Louisiana Television Broadcasting Corporation d/b/a WBRZ-TV, hereby appeal to the United States Court of Appeals for the Fifth Circuit from that portion of this Court's Order entered on February 22, 1996 denying the Intervenors' Motion to Vacate Gag Order and from this Court's March 1, 1996 Amended Confidentiality Order which

amended the confidentiality order entered by the Court of February 6, 1996. The Intervenors intend to pursue this appeal on an emergency basis.

_____
Jack M. Weiss, 13340, T.A.
Mark B. Holton, 19624
  Of
STONE, PIGMAN, WALTHER,
  WITTMANN & HUTCHINSON, L.L.P.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200

Attorneys for Capital City Press, Bill Pack and the Louisiana Television Broadcasting Corporation d/b/a WBRZ-TV

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Amended Notice of Appeal has been served upon all counsel of record by fax and by placing same in the United States mail, postage prepaid and properly addressed, this 4th day of March, 1996.

*[signature]*

Case 3:56-cv-01662-JJB   Document 788   03/04/96   Page 3 of 4

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**RICHARD T. MARTIN**
**CLERK**

March 4, 1996

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals Fifth Circuit
Room 102, 600 Camp Street
New Orleans, LA 70130

        IN RE: CA-56-1662-A Davis v EBR Parish School Bd, et al
        USCA#96-30153

Dear Sir:

In connection with this appeal, the following documents are transmitted:

_xx_    Certified copy of the notice of amended appeal and docket entries;

____    Certified copy of the notice of cross appeal and docket entries;

____    Record on appeal consisting of ____ Volume(s) of the record;
        ____ Volume(s) of the transcript; ____ container(s) of exhibits/depositions;

____    Supplemental record, including updated docket entries;

____    Copy of CJA 20 appointing counsel;

____    Other: ____ .

In regards to the notice of appeal, the following additional information is furnished;

____    The Court of Appeals docket fee ____ HAS ____ HAS NOT been paid;

____    This case is proceeding <u>In forma pauperis</u>;

____    Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID on ____ ;

____    District Judge/Magistrate entering the final judgment is ____ ;

____    Court reporter assigned to this case is ____ ;

____    If criminal case, numbers and names of defendants ____ ;

____    This case was decided without a hearing and therefore, there <u>will</u> be no transcript.

                                                    Very truly yours,