UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA

CLIFFORD EUGENE DAVIS, JR., et al.

Plaintiffs,

v.

EAST BATON ROUGE PARISH
SCHOOL BOARD, et al.,

Defendants.

CIVIL ACTION

56-1662-D-M3

Judge James J. Brady

# FINAL JUDGMENT

Having considered the Final Settlement Agreement submitted by the parties, any objections thereto, having conducted a fairness hearing on August 14, 2003, and for the reasons set forth in the Court's Findings of Fact and Conclusions of Law filed this day, the Court hereby ORDERS and enters JUDGMENT as follows:

1. The Final Settlement Agreement is fair, adequate and reasonable.

2. The East Baton Rouge Parish School System is hereby declared to be unitary.

3. All injunctive relief previously entered in this case is dissolved and vacated.

4. This case is dismissed with prejudice.

Ordered, this 14th day of August, 2003

James J. Brady
United States District Court Judge