UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DIST. COURT
MID??? ??? OF LA.

03 AUG 18 PM 3:52

SIGN_____
by DEPUTY CLERK

CLIFTON EUGENE DAVIS, JR., ET AL

VERSUS

EAST BATON ROUGE PARISH
SCHOOL BOARD, ET AL

CIVIL ACTION

NO. 56-1662-D

## NOTICE TO COUNSEL AND ORDER

The Court hereby supplements the oral reasons given in open court on August 14, 2003, to formally state the following.

IT IS HEREBY ORDERED that the "Jointly Proposed Findings of Fact and Conclusions of Law" submitted by the parties on August 14, 2003, are hereby approved and adopted, in their entirety, as the Court's Findings of Fact and Conclusions of Law in this matter.

Baton Rouge, Louisiana, August **18th**, 2003.

JAMES J. BRADY
DISTRICT JUDGE

Date Docketed
AUG 1 8 2003
Notices Mailed To:

JB
SE
Cnsl 24

INITIALS | DOCKET#
nt | 1895

Case 3:56-cv-01662-JJB   Document 1895   08/18/03   Page 1 of 1